No. 300, Misc.   WHEELER *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia.

Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.